IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

        Plaintiff,

v.                                  Case No. 13-cr-10-01-PB

Justin M. Caissie,

        Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed by the United States District Court for the District of Vermont on September 11, 2012, against the above-named Defendant, have been satisfied and paid in full.

                JOHN J. FARLEY
                Acting United States Attorney

                By:  /s/ Michael T. McCormack
                Michael T. McCormack (No. 16470)
                United States Attorney's Office
                53 Pleasant Street, 4th Floor
                Concord, NH 03301
                Michael.McCormack2@usdoj.gov

DATED:   April 14, 2017

## Certificate of Service

I hereby certify that a copy of the foregoing Satisfaction of Judgment has been served by first class mail, postage prepaid, this 14th day of April, 2017, to pro se defendant, Justin M. Caissie, Manchester, NH 03103.

                /s/ Michael T. McCormack
                Michael T. McCormack, AUSA